```
 1 │ SEYFARTH SHAW LLP
   │ Jeffrey A. Berman (SBN 50114)
 2 │ 2029 Century Park East, Suite 3500
   │ Los Angeles, California 90067-3021
 3 │ Telephone: (310) 277-7200
   │ Facsimile: (310) 201-5219
 4 │
   │ SEYFARTH SHAW LLP
 5 │ Alfred L. Sanderson (SBN 186071)
   │ Ferry Eden Lopez (SBN 274080)
 6 │ 400 Capitol Mall, Suite 2350
   │ Sacramento, California  95814-4428
 7 │ Telephone:  (916) 448-0159
   │ Facsimile:  (916) 558-4839
 8 │
   │ Attorneys for Defendant
 9 │ ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
   │ DBA ST. HELENA HOSPITAL CLEARLAKE
10 │
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN, PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY and ALICIA JACKSON, individuals,<br><br>          Plaintiffs,<br><br>     v.<br><br>ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM/WEST, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION, a California Corporation;<br><br>          Defendants. | Case No. 2:11-cv-02597-JAM-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT**<br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: October 3, 2011 |

    PLEASE TAKE NOTICE that pursuant to Eastern District Local Rule 144(a), plaintiffs RICHARD ALLEN, PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY and ALICIA JACKSON (collectively "Plaintiffs") and defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. (the "Hospital"), collectively "the Parties", by and through their counsel, enter

1

14256043v.1            STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

1  into this stipulation to request a continuance of the Parties' deadline to file a Joint Status Report
2  from the currently set date of March 6, 2012 to May 16, 2012.
3       The Parties make this joint request for a continuance of the Joint Status Report on the
4  belief that good cause exists for doing so as set forth below:
5       WHEREAS, the Court set the deadline to submit a Joint Status Report in this matter for
6  March 6, 2012;
7       WHEREAS, on January 25, 2012, the parties stipulated that the Hospital's last day to
8  respond to the complaint shall be March 14, 2012;
9       WHEREAS, the Hospital intends to file a motion to dismiss and/or strike the complaint
10 on March 14, 2012;
11      WHEREAS, the Hospital's motion to dismiss and/or strike the complaint will be set for
12 hearing on May 2, 1012 at 9:30 a.m.;
13      WHEREAS, the Parties' Joint Status Report should be filed after the scheduled hearing
14 date of defendant's motion to dismiss and/or strike the complaint.
15      IT IS HEREBY STIPULATED AND AGREED by the Parties that the Court should
16 continue the deadline for the Parties to file a Joint Status Report from March 6, 2012 to
17 **May 16, 2012**.
18      **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**
19 DATED: March 6, 2012                    SEYFARTH SHAW LLP

                                         By   s/ Alfred L. Sanderson, Jr.
                                              Alfred L. Sanderson, Jr.
                                         Attorneys for Defendant
                                         ADVENTIST HEALTH CLEARLAKE
                                         HOSPITAL, INC.

2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: March 6, 2012 | HOFFMAN EMPLOYMENT LAWYERS, LLP |
| | By  s/ Michael Hoffman  <br> Michael Hoffman <br> Attorneys for Plaintiffs <br> RICHARD ALLEN , PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY, and ALICIA JACKSON |

**IT IS SO ORDERED.**

DATED:  3/6/2012

                           /s/ John A. Mendez  
                           Hon. John A. Mendez  
                           Judge of U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com