SEYFARTH SHAW LLP
Jeffrey A. Berman (SBN 50114)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson (SBN 186071)
Ferry Eden Lopez (SBN 274080)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
DBA ST. HELENA HOSPITAL CLEARLAKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN, PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY and ALICIA JACKSON, individuals,<br><br>   Plaintiffs,<br><br>  v.<br><br>ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM/WEST, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION, a California Corporation;<br><br>   Defendants. | Case No. 2:11-cv-02597-JAM-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: October 3, 2011 |

  PLEASE TAKE NOTICE that pursuant to Eastern District Local Rule 144(a), plaintiffs RICHARD ALLEN, PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY and ALICIA JACKSON (collectively "Plaintiffs") and defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. (the "Hospital"), collectively "the Parties", by and through their counsel, enter

1

PDF created with pdfFactory trial version www.pdffactory.com

into this stipulation to request a continuance of the Parties' deadline to file a Joint Status Report from the currently set date of March 6, 2012 to May 16, 2012.

The Parties make this joint request for a continuance of the Joint Status Report on the belief that good cause exists for doing so as set forth below:

WHEREAS, the Court set the deadline to submit a Joint Status Report in this matter for March 6, 2012;

WHEREAS, on January 25, 2012, the parties stipulated that the Hospital's last day to respond to the complaint shall be March 14, 2012;

WHEREAS, the Hospital intends to file a motion to dismiss and/or strike the complaint on March 14, 2012;

WHEREAS, the Hospital's motion to dismiss and/or strike the complaint will be set for hearing on May 2, 1012 at 9:30 a.m.;

WHEREAS, the Parties' Joint Status Report should be filed after the scheduled hearing date of defendant's motion to dismiss and/or strike the complaint.

IT IS HEREBY STIPULATED AND AGREED by the Parties that the Court should continue the deadline for the Parties to file a Joint Status Report from March 6, 2012 to **May 16, 2012**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 6, 2012                               SEYFARTH SHAW LLP


By   s/ Alfred L. Sanderson, Jr.
     Alfred L. Sanderson, Jr.
Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE
HOSPITAL, INC.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 6, 2012

HOFFMAN EMPLOYMENT LAWYERS, LLP

By  s/ Michael Hoffman
Michael Hoffman
Attorneys for Plaintiffs
RICHARD ALLEN , PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY, and ALICIA JACKSON

**IT IS SO ORDERED.**

DATED:  3/6/2012

/s/ John A. Mendez
Hon. John A. Mendez
Judge of U.S. District Court

14256043v.1   STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com